IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

TONY JORDAN, JR.                                                                   PLAINTIFF

v.                                  No. 5:16-CV-05161

KARAS HEALTH CARE; and
NURSE VIRGINIA REED                                      DEFENDANTS

**<u>ORDER</u>**

The Court has received a report and recommendation (Doc. 42) from United States Magistrate Judge Mark E. Ford. Plaintiff has filed objections. The Magistrate recommends that the Court grant Defendants' motion (Doc. 28) for summary judgment. The Court has conducted de novo review of those portions of the report and recommendation to which Plaintiff has objected. 28 U.S.C. § 636(b)(1)(C). Plaintiff's objections offer neither law nor fact requiring departure from the Magistrate's findings. The report and recommendation is otherwise proper, contains no clear error, and is ADOPTED IN ITS ENTIRETY.

IT IS THEREFORE ORDERED that Defendants' motion for summary judgment (Doc. 28) is GRANTED and this case is DISMISSED WITH PREJUDICE.

Judgment will be entered accordingly.

IT IS SO ORDERED this 8th day of August, 2017.

                                                       /s/ P. K. Holmes, III
                                                       P.K. HOLMES, III
                                                       CHIEF U.S. DISTRICT JUDGE